JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DUANE A. FINKS, | ) | NO. SA CV 15-1946-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DEPUTY VAN WYCK, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 5, 2016.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE